# 844 CASES REPORTED WITH BRIEF SYLLABI.

In the Matter of the Application of MARGARET CRAIG for an Order of Certiorari Directed to the. NEW YORK STATE BONUS COMMISSION in Relation to ISABELLE MULLIGAN, an Infant, etc.— Preference granted for October 29, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ADRIAN JOHNSON, Respondent, v. UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, INC., and Others, Appellants.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

TUTTLE GENSTIL SHOE COMPANY v. S. STEIN & Co., INC.— Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

SARAH BIEBER v. 63 MADISON AVENUE LEASING CORPORATION and Others.— Motion to dismiss appeal of defendant. Charles Cohen granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before the 1st day of November, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DAVID BELASCO, an Infant, by His Guardian ad Litem, ESTHER BELASCO, Respondent, v. MAX J. KLEIN and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

MICHAEL J. SCHILDHAUS, Respondent, v. LOUIS JAMES, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

GARDENS APARTMENT, INC., Respondent, v. H. VIRGIL RICHARDS, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Smith, J., dissenting upon the ground that the question of the sufficiency of heat should have been submitted to the jury.

ANNA McMAHON and Another, as Administrators, etc., of BERNARD F. McMAHON, Deceased, Respondents, v. JOB E. HEDGES, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

LOUIS P. GIER, as Executor, etc., of MARY ANN GIER, Deceased, Respondent, v. F. A. RICHMOND AND COMPANY, INC., a Domestic Corporation; Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

PAUL A. ISLER and Another, Copartners, etc., Appellants, v. THE NATIONAL PARK BANK OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Smith, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VIRGIL EARL TWIGGS, Appellant.— Judgment reversed and new trial ordered, upon the ground that the evidence of corroboration was insufficient. Settle order on notice. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.